UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JON C. JOLIVETTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:06-cv-0408-DFH-WTL ) |
| CRYSTAL FLASH PETROLEUM CORPORATION, | ) ) ) ) |
| Defendant. | ) |

FINAL JUDGMENT

The court has today issued its ruling granting defendant's motion for summary judgment. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Jon C. Jolivette take nothing by his complaint against defendant Crystal Flash Petroleum Corporation, and that this action is hereby DISMISSED WITH PREJUDICE.

Date:  August 3, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Carolyn Ann Clay
HASKIN LAUTER LARUE & GIBBONS
cclay@hlllaw.com

Kenneth E. Lauter
HASKIN LAUTER LARUE & GIBBONS
klauter@hlllaw.com

S. Gregory Zubek
WHITHAM HEBENSTREIT & ZUBEK
sgz@whzlaw.com